UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DREYON WYNN,

    Plaintiff,

v.

SCHOOLCRAFT COLLEGE,

    Defendant,
_____/

Case No. 1:21-cv-10322-TLL-PTM

HON: THOMAS L. LUDINGTON
MAGISTRATE: PATRICIA T. MORRIS

THE MASTROMARCO FIRM
VICTOR MASTROMARCO, JR.  (P34564)
KEVIN KELLY (P74546)
Attorneys for Plaintiff
1024 N. Michigan Avenue
Saginaw, MI 48602
(989) 752-1414/Fax: (989) 752-6202
kkelly@mastromarcofirm.com
vmastromarco@mastromarcofirm.com

ROSATI SCHULTZ JOPPICH
& AMTSBUECHLER PC
By: LAURA S. AMTSBUECHLER (P36972)
27555 Executive Drive, Suite 250
Farmington Hills, MI 48331
Attorney for Defendant
(248) 489-4100/Fax: (248) 489-1726
lamtsbuechler@rsjalaw.com
_____/

**STIPULATED ORDER OF DISMISSAL**

    This matter, having come before the Court on the stipulation of the parties, and the Court being fully advised:

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice and without costs, interest, or attorney fees as to any party.

This is a final Order of the Court which resolves all pending claims and closes the file.

IT IS HEREBY ORDERED.

Dated: July 29, 2022

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Stipulated and Agreed to by:

/s/ Victor Mastromarco, Jr.
VICTOR MASTROMARCO, JR. (P34564)
KEVIN KELLY (P74546)
Attorneys for Plaintiff

/s/ Laura S. Amtsbuechler
LAURA S. AMTSBUECHLER (P36972)
Attorney for Defendant